# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 3, 2021

## NO. 03-21-00287-CV

**GEICO Advantage Insurance Company, Appellant**

**v.**

**Patricia Mihal, Appellee**

## APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
## DISMISSED ON AGREED MOTION -- OPINION BY JUSTICE BAKER

This is an appeal from the judgment signed by the trial court on December 21, 2020. The parties have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall pay the costs of appeal incurred by that party, both in this Court and in the court below.